IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Renee Jordan, | ) |
| Plaintiff, | ) Case No. 3:13-cv-281 |
| vs. | ) |
| | ) Judge |
| Greater Dayton Premier Management | ) |
| and | ) Magistrate |
| Dayton Metropolitan Housing Authority | ) **PLAINTIFF RENEE JORDAN'S** |
| | ) **MOTION FOR PRELIMINARY** |
| Defendants. | ) **INJUNCTION** |

Renee Jordan, by and through counsel, hereby files this Motion for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. Ms. Jordan requests that the Court issue an order preliminarily enjoining Greater Dayton Premier Management (hereafter "GDPM"), and all officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them from failing to accommodate Ms. Jordan's disability until the Court may fully adjudicate the merits of this action. Fed. R. Civ. P. 65(a). Specifically, Ms. Jordan requests that GDPM be ordered to accommodate her disability by sending her correspondence on microcassette tape.

This Motion is supported by the Memorandum in Support and Declaration of Renee Jordan.

                Respectfully submitted,

                /s/ Debra A. Lavey
                Debra A. Lavey, #0073259
                Trial Attorney for the Plaintiff
                LEGAL AID OF WESTERN OHIO, INC.
                130 West Second Street, Suite 700 West
                Dayton, Ohio  45402
                Phone: (937) 228-8088
                Fax: (937) 449-8131
                dlavey@lawolaw.org

                Kerstin Sjoberg-Witt #0076405
                Kevin Truitt #0078092
                DISABILITY RIGHTS OHIO
                50 West Broad Street, Suite 1400
                Columbus, Ohio 43215
                (614) 466-7264 telephone
                (614) 644-1888 facsimile
                Ksjoberg-witt@disabilityrightsohio.org
                Ktruitt@disabilityrightsohio.org

                Matthew N. Currie #0078656
                ADVOCATES FOR BASIC LEGAL
                QUALITY, INC.
                130 West Second Street, Suite 700 East
                Dayton, Ohio  45402
                (937) 228-8104 telephone
                (937) 449-8131 facsimile
                mcurrie@ablelaw.org

                Attorneys for Plaintiff Jordan

Certificate of Service

I hereby certify that on August 22, 2013, I served the foregoing by leaving it with the clerk at the office of Defendants Dayton Metropolitan Housing Authority and Greater Dayton Premier Management at 400 Wayne Avenue, Dayton, Ohio 45410.  I also a served the General Counsel of Greater Dayton Premier Management, Christopher Green, at the same address listed above, by hand delivery.

/s/ Debra A. Lavey
Debra A. Lavey, #0073259
Trial Attorney for the Plaintiff
LEGAL AID OF WESTERN OHIO, INC.
130 West Second Street, Suite 700 West
Dayton, Ohio  45402
Phone: (937) 228-8088
Fax: (937) 449-8131
dlavey@lawolaw.org